IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AUGUSTINE STANLEY,

    Plaintiff,

vs.                                                 No. CIV 14-0550 JB/SCY

COUNTY OF BERNALILLO BOARD OF
COMMISSIONERS; TOM ZDUNEK, County
Manager; and RAMON C. RUSTIN, Former
Chief of Corrections,

    Defendants.

## **ORDER**[1]

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Remand, filed July 14, 2014 (Doc. 12)("Motion"). The Court held a hearing on August 14, 2014. For the reasons stated at the hearing, the Court denies the Motion.

**IT IS ORDERED** that the Plaintiff's Motion to Remand, filed July 14, 2014 (Doc. 12), is denied.

                                                              _____
                                                           UNITED STATES DISTRICT JUDGE

*Counsel*:

Paul Livingston
Placitas, New Mexico

--and--

---

[1] This Order disposes of the Plaintiff's Motion to Remand, filed July 14, 2014 (Doc. 12). The Court may, however, at a later date issue a memorandum opinion more fully detailing the rationale for its decision.

Jeremy J. Theoret
Albuquerque Business Law, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Deborah D. Wells
Kennedy, Moulton & Wells PC
Albuquerque, New Mexico

    *Attorneys for the Defendants*