# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

AUGUSTINE STANLEY,

      Plaintiff,

vs.                          No. CIV 14-0550 JB/SCY

COUNTY OF BERNALILLO BOARD OF
COMMISSIONERS; TOM ZDUNEK, County
Manager; and RAMON C. RUSTIN, Former
Chief of Corrections,

      Defendants.

## <u>ORDER</u>[1]

**THIS MATTER** comes before the Court on the Motion for Random Assignment to a Judge Outside the District of New Mexico, filed August 13, 2014 (Doc. 17)("Motion"). The Court held a hearing on August 14, 2014. For the reasons stated at the hearing, the Court denies the Motion.

**IT IS ORDERED** that the Motion for Random Assignment to a Judge Outside the District of New Mexico, filed August 13, 2014 (Doc. 17), is denied.

_____
UNITED STATES DISTRICT JUDGE

---

[1]This Order disposes of the Motion for Random Assignment to a Judge Outside the District of New Mexico, filed August 13, 2014 (Doc. 17). The Court may, however, at a later date issue a memorandum opinion more fully detailing the rationale for its decision.

*Counsel*:

Jeremy J. Theoret
Albuquerque Business Law, P.C.
Albuquerque, New Mexico

--and--

Paul Livingston
Paul Livingston Attorney at Law
Placitas, New Mexico

 *Attorneys for the Plaintiff*

Deborah D. Wells
Kennedy, Moulton & Wells PC
Albuquerque, New Mexico

 *Attorneys for the Defendants*